## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**CHRISTINA OLENICK,**

    **Plaintiff,**

**v.**                                                    **Case No: 8:17-cv-2979-T-35AEP**

**CITIBANK, N.A.,**

    **Defendant.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Stipulated Notice of Voluntary Dismissal with Prejudice, (Dkt. 10), and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 10th day of May, 2018.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party